3265.   VAUGHAN *v.* THE STATE.

RUSSELL, J.   1. The right to poll the jury is lost as soon as the jury have dispersed and again become a part of the general public; and where the accused in a criminal case consents that the jury may disperse when they have found their verdict, and they do separate and disperse, leaving the verdict in the possession of the foreman, to be returned into court next morning, the right to poll the jury is lost, and can not be asserted by any reassembling of the jury, when the verdict is delivered by the foreman to the clerk of the court in pursuance of the agreement. *Prescott* v. *Augusta*, 118 *Ga.* 549 (45 S. E. 431) ; *Hopkins* v. *State*, 6 *Ga. App.* 403 (65 S. E. 57).

2. There is no exception as to any error of law, other than that dealt with in the foregoing headnote, and the verdict is supported by the evidence.

*Judgment affirmed.*

DECIDED AUGUST 4, 1911.

Accusation of drunkenness at church; from city court of Franklin—Judge Loftin. February 22, 1911.

*W. C. Hodnett,* for plaintiff in error.

*D. B. Whitaker, solicitor,* contra.